UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LISA ZEZULA**,

        Plaintiff,

vs.                                      Hon. Judith E. Levy
                                          Case No. 21-11531

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA**,
a Pennsylvania corporation,

        Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed Rules Civ Proc R 41(a)(1)(A)(ii), the Parties stipulate to dismissing the above-captioned cause with prejudice, without attorney's fees, and without costs, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the above-captioned cause is dismissed with prejudice, without attorneys' fees, and without costs.

Date: January 7, 2022                          s/Judith E. Levy
                                                          JUDITH E. LEVY
                                                          United States District Judge

Approved as to form and substance:

| | |
|---|---|
| s/ Ilana S. Wilenkin (P61710) | s/ Kevin M. Blair (P76927) |
| Plaintiff's attorney | Defendant's attorney |
| 30300 Northwestern Hwy. Ste. 108 | 222 N. Washington Sq., Ste. 400 |
| Farmington Hills, MI  48334 | Lansing, MI  48933 |
| (248) 932-3505, ext. 323 | (517) 377-0716 |
| ilana@lawsmf.com | kblair@honigman.com |

Dated:  January 7, 2022